B1 (Official Form 1)(1/08)

| United States Bankruptcy Court<br>**Northern District of Illinois** | **Voluntary Petition** |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Custom Designed Cabinetry & Construction, Inc** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>**36-4065671** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**964 Washington Ave**<br>**South Beloit, IL**<br><br>ZIP Code **61080** | Street Address of Joint Debtor (No. and Street, City, and State):<br><br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**Winnebago** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br><br>ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br><br>ZIP Code |

Location of Principal Assets of Business Debtor
(if different from street address above):

---

**Type of Debtor**
(Form of Organization)
(Check one box)

☐ Individual (includes Joint Debtors)
*See Exhibit D on page 2 of this form.*
■ Corporation (includes LLC and LLP)
☐ Partnership
☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business**
(Check one box)

☐ Health Care Business
☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
☐ Railroad
☐ Stockbroker
☐ Commodity Broker
☐ Clearing Bank
☐ Other

**Tax-Exempt Entity**
(Check box, if applicable)
☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)

☐ Chapter 7
☐ Chapter 9
■ Chapter 11
☐ Chapter 12
☐ Chapter 13
☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts**
(Check one box)
☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
■ Debts are primarily business debts.

**Filing Fee** (Check one box)

■ Full Filing Fee attached

☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.

☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
■ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).
Check if:
☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,190,000.
Check all applicable boxes:
☐ A plan is being filed with this petition.
☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

---

**Statistical/Administrative Information**

■ Debtor estimates that funds will be available for distribution to unsecured creditors.
☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-<br>49 | 50-<br>99 | 100-<br>199 | 200-<br>999 | 1,000-<br>5,000 | 5,001-<br>10,000 | 10,001-<br>25,000 | 25,001-<br>50,000 | 50,001-<br>100,000 | OVER<br>100,000 |

Estimated Assets

| ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001<br>to $1<br>million | $1,000,001<br>to $10<br>million | $10,000,001<br>to $50<br>million | $50,000,001<br>to $100<br>million | $100,000,001<br>to $500<br>million | $500,000,001<br>to $1 billion | More than<br>$1 billion |

Estimated Liabilities

| ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001<br>to $1<br>million | $1,000,001<br>to $10<br>million | $10,000,001<br>to $50<br>million | $50,000,001<br>to $100<br>million | $100,000,001<br>to $500<br>million | $500,000,001<br>to $1 billion | More than<br>$1 billion |

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Custom Designed Cabinetry & Construction, Inc** |

### All Prior Bankruptcy Cases Filed Within Last 8 Years (If more than two, attach additional sheet)

| Location Where Filed: **- None -** | Case Number: | Date Filed: |
|---|---|---|
| Location Where Filed: | Case Number: | Date Filed: |

### Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor (If more than one, attach additional sheet)

| Name of Debtor: **- None -** | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

| Exhibit A | Exhibit B |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition. | (To be completed if debtor is an individual whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b).<br><br>X _____<br>Signature of Attorney for Debtor(s)          (Date) |

### Exhibit C

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

### Exhibit D

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

### Information Regarding the Debtor - Venue
(Check any applicable box)

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

### Certification by a Debtor Who Resides as a Tenant of Residential Property
(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

**B1 (Official Form 1)(1/08)**                                                                     **Page 3**

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Custom Designed Cabinetry & Construction, Inc** |

### Signatures

| Signature(s) of Debtor(s) (Individual/Joint) | Signature of a Foreign Representative |
|---|---|

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Attorney*

X **/s/ Bernard J. Natale**
Signature of Attorney for Debtor(s)

**Bernard J. Natale 2018683**
Printed Name of Attorney for Debtor(s)

**Bernard J. Natale, Ltd**
Firm Name

**6833 Stalter Dr., Suite 201**
**Rockford, IL 61108**

_____
Address

**Email: natalelaw@bjnatalelaw.com**
**(815) 964-4700  Fax: (815) 227-5532**
Telephone Number

**April 21, 2008**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **/s/ Jeffrey W. Losinske**
Signature of Authorized Individual

**Jeffrey W. Losinske**
Printed Name of Authorized Individual

**President**
Title of Authorized Individual

**April 21, 2008**
Date

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## Northern District of Illinois

In re    **Custom Designed Cabinetry & Construction, Inc**      Case No. _____

                                                Debtor(s)      Chapter    **11**

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [or chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) | (2) | (3) | (4) | (5) |
|---|---|---|---|---|
| *Name of creditor and complete mailing address including zip code* | *Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | *Nature of claim (trade debt, bank loan, government contract, etc.)* | *Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | *Amount of claim [if secured, also state value of security]* |
| Alpine Plywood<br>% Jacobs and Mathews<br>2085 W. Busch Blvd. - Suite 225<br>Tampa, FL 33618 | Alpine Plywood<br>% Jacobs and Mathews<br>2085 W. Busch Blvd. - Suite 225<br>Tampa, FL 33618 | Material Supplier | | 26,718.00 |
| Baer Supply Co.<br>% Fulbright & Associates<br>PO Box 1510<br>Rockford, IL 61110-0010 | Baer Supply Co.<br>% Fulbright & Associates<br>PO Box 1510<br>Rockford, IL 61110-0010 | Material Supplier | | 8,901.25 |
| Blitt and Gaines, PC<br>661 Glenn Avenue<br>Wheeling, IL 60090 | Blitt and Gaines, PC<br>661 Glenn Avenue<br>Wheeling, IL 60090 | Collection on behalf of US Bank National Association | | 10,095.34 |
| Capital Management Services<br>726 Exchange Street - Suite 700<br>Buffalo, NY 14210 | Capital Management Services<br>726 Exchange Street - Suite 700<br>Buffalo, NY 14210 | Collection on behalf of First USA/Chase | | 14,394.46 |
| Carpentry & Contract Management<br>1354 Moore Street<br>Beloit, WI 53511 | Carpentry & Contract Management<br>1354 Moore Street<br>Beloit, WI 53511 | Loans to Company | | 118,610.17 |
| Chase Bank USA,NA<br>PO Box 15298<br>Wilmington, DE 19850-5298 | Chase Bank USA,NA<br>PO Box 15298<br>Wilmington, DE 19850-5298 | Credit Card | | 14,394.46 |
| ER Solutions, Inc.<br>800 SW 39th Street<br>Renton, WA 98057 | ER Solutions, Inc.<br>800 SW 39th Street<br>Renton, WA 98057 | Collection on behalf of CitiBank, USA | | 25,587.84 |
| Hinshaw & Culbertson, LLP<br>2729 Paysphere Circle<br>Chicago, IL 60674 | Hinshaw & Culbertson, LLP<br>2729 Paysphere Circle<br>Chicago, IL 60674 | Legal | | 17,272.02 |
| Internal Revenue Service<br>Mail Stop 5010 CHI<br>230 S. Dearborn St.<br>Chicago, IL 60604 | Internal Revenue Service<br>Mail Stop 5010 CHI<br>230 S. Dearborn St.<br>Chicago, IL 60604 | 941 Taxes through 6/30/2007 (Duplicate of that stated on Schedule D) | | 166,432.92 |

B4 (Official Form 4) (12/07) - Cont.

In re   **Custom Designed Cabinetry & Construction, Inc**                    Case No. _____
                                Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1)<br><br>*Name of creditor and complete mailing address including zip code* | (2)<br><br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br><br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br><br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br><br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| Jeffrey W. Losinske<br>388 Teaberry Court<br>Roscoe, IL 61073 | Jeffrey W. Losinske<br>388 Teaberry Court<br>Roscoe, IL 61073 | Personal Loans to Company | | 18,948.22 |
| M&I Visa<br>Credit Card Processing Center<br>PO Box 1111<br>Madison, WI 53701-1111 | M&I Visa<br>Credit Card Processing Center<br>PO Box 1111<br>Madison, WI 53701-1111 | Credit Card | | 18,883.22 |
| Menards<br>HSBC Business Services<br>PO Box 4160<br>Carol Stream, IL 60197 | Menards<br>HSBC Business Services<br>PO Box 4160<br>Carol Stream, IL 60197 | Credit Card | | 21,600.30 |
| Menards<br>HSBC Business Services<br>PO Box 4160<br>Carol Stream, IL 60197 | Menards<br>HSBC Business Services<br>PO Box 4160<br>Carol Stream, IL 60197 | Credit Card | | 12,477.00 |
| National City Bank<br>PO Box 3038<br>K-A16-1<br>Kalamazoo, MI 49003-3038 | National City Bank<br>PO Box 3038<br>K-A16-1<br>Kalamazoo, MI 49003-3038 | Credit Card | | 12,965.60 |
| National City Manufacturing Finance<br>% Attorney Vincent T. Borst<br>180 N. Stetson St. - Suite 3400<br>Chicago, IL 60601 | National City Manufacturing Finance<br>% Attorney Vincent T. Borst<br>180 N. Stetson St. - Suite 3400<br>Chicago, IL 60601 | Breach of Contract/Lease | | 118,860.49 |
| Oliver, Close, Worden, Winkler & Greenwald, LLC<br>PO Box 4749<br>Rockford, IL 61110-4749 | Oliver, Close, Worden, Winkler & Greenwald, LLC<br>PO Box 4749<br>Rockford, IL 61110-4749 | Legal Services | | 9,012.50 |
| Phillips & Cohen Associates, Ltd.<br>258 Chapman Road - Ste. 205<br>Newark, DE 19702 | Phillips & Cohen Associates, Ltd.<br>258 Chapman Road - Ste. 205<br>Newark, DE 19702 | Collection on behalf of Advanta | | 8,696.20 |
| Rayner & Rinn-Scott, Inc.<br>% Attorney Thomas Green<br>6833 Stalter Drive - 1st Floor<br>Rockford, IL 61108 | Rayner & Rinn-Scott, Inc.<br>% Attorney Thomas Green<br>6833 Stalter Drive - 1st Floor<br>Rockford, IL 61108 | Material Supplier | | 9,533.76 |
| United Collection Bureau, Inc.<br>5620 Southwyck Blvd. - Suite 206<br>Toledo, OH 43614 | United Collection Bureau, Inc.<br>5620 Southwyck Blvd. - Suite 206<br>Toledo, OH 43614 | Collection on behalf of CitiCorp Credit | | 15,555.15 |
| US Bank Cardmember Services<br>PO Box 790084<br>Saint Louis, MO 63179-0084 | US Bank Cardmember Services<br>PO Box 790084<br>Saint Louis, MO 63179-0084 | Credit Card | | 9,482.25 |

**B4 (Official Form 4) (12/07) - Cont.**

In re   **Custom Designed Cabinetry & Construction, Inc**                          Case No.   _____
                    Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
### (Continuation Sheet)

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

      I, the President of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date   **April 21, 2008**                          Signature   **/s/ Jeffrey W. Losinske**
                                                                **Jeffrey W. Losinske**
                                                                **President**

    *Penalty for making a false statement or concealing property*:  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§  152 and 3571.

B6 Summary (Official Form 6 - Summary) (12/07)

# United States Bankruptcy Court
## Northern District of Illinois

In re    **Custom Designed Cabinetry & Construction, Inc**_____ ,    Case No. _____

_____Debtor

Chapter_____**11**_____

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each.  Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided.  Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 1,400,000.00 | | |
| B - Personal Property | Yes | 4 | 191,712.76 | | |
| C - Property Claimed as Exempt | No | 0 | | | |
| D - Creditors Holding Secured Claims | Yes | 4 | | 863,536.28 | |
| E - Creditors Holding Unsecured Priority Claims  (Total of Claims on Schedule E) | Yes | 2 | | 176,572.23 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 14 | | 622,239.63 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 3 | | | |
| I - Current Income of Individual Debtor(s) | No | 0 | | | N/A |
| J - Current Expenditures of Individual Debtor(s) | No | 0 | | | N/A |
| Total Number of Sheets of ALL Schedules | | 29 | | | |
| Total Assets | | | 1,591,712.76 | | |
| Total Liabilities | | | | 1,662,348.14 | |

Form 6 - Statistical Summary (12/07)

.

# United States Bankruptcy Court
### Northern District of Illinois

In re   **Custom Designed Cabinetry & Construction, Inc**_____,       Case No. _____

                                                      Debtor

                                                      Chapter_____**11**_____

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C.§ 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐   Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | |
| Student Loan Obligations (from Schedule F) | |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | |
| TOTAL | |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | |
| Average Expenses (from Schedule J, Line 18) | |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20 ) | |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | |
| 4. Total from Schedule F | | |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | |

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6A (Official Form 6A) (12/07)

In re   **Custom Designed Cabinetry & Construction, Inc**_____ ,   Case No. _____
                                    Debtor

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **Location: 964 Washington Ave, South Beloit IL (industrial building) (Subject to 3 mortgages with M&I Bank and IRS tax lien @ $185,000. M&I 3rd mortage debt @ $95,000 and IRS lien amount are allocated 50% to each real estate herein.) (Debt amounts rounded up to nearest $1000 based on last available information.)** | **Fee simple** | - | **600,000.00** | **398,000.00** |
| **7784 Forrest Hills Rd, Loves Park, IL (restaurant property f/k/a Gia's Italian Grille & Cafe) (Subject to Stillman 1st & 2nd mortgage, M&I 3rd mortgage @ $95,000 and IRS lien @ $185,000. M&I 3rd mortgage debt and IRS lien amount are allocated 50% to each real estate herein.) (Debt amounts rounded up to nearest $1,000 based on last available information.) (Value stated herein includes fixtures & equipment of Gia's estimated @ $100,000 which is subject to security interest of Stillman.)** | **Fee simple** | - | **800,000.00** | **457,188.18** |
| | | - | 0.00 | 0.00 |

| | | |
|---|---|---|
| Sub-Total > | **1,400,000.00** | (Total of this page) |
| Total > | **1,400,000.00** | |

__0__ continuation sheets attached to the Schedule of Real Property

(Report also on Summary of Schedules)

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

B6B (Official Form 6B) (12/07)

In re    **Custom Designed Cabinetry & Construction, Inc**
_____ ,    Case No. _____
                                              Debtor

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule.  List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."

If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1.  Cash on hand | X | | | |
| 2.  Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **M&I Bank - checking** | - | 2,000.00 |
| | | **Mutual Savings Bank- checking** | - | 4,000.00 |
| 3.  Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4.  Household goods and furnishings, including audio, video, and computer equipment. | X | | | |
| 5.  Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6.  Wearing apparel. | X | | | |
| 7.  Furs and jewelry. | X | | | |
| 8.  Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9.  Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10.  Annuities. Itemize and name each issuer. | X | | | |

Sub-Total >      **6,000.00**
(Total of this page)

  **3**  continuation sheets attached to the Schedule of Personal Property

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6B (Official Form 6B) (12/07) - Cont.

In re   **Custom Designed Cabinetry & Construction, Inc**
_____ ,   Case No. _____
Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | | **Accounts Receivable (Booked Value of $170,817.58 more than 90 days old) (Subject to UCC lien of M&I @ $258,000)** | - | 85,408.79 |
| | | **2008 Accounts Receivable (Subject to UCC lien of M&I at $258,000)** | - | 67,800.97 |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | | **Judgment against Gia's Italian Grille & Cafe for $273,000 for unpaid rent but deemed uncollectable (subject to lien of M&I Bank)** | - | 0.00 |
| | | **Todd Santucci for unpaid rent for Gia's Italian Grille & Cafe for $120,000 but deemed uncollectable due to filing chaper 13 (subject to lien of M&I Bank)** | - | 0.00 |
| | | **Expresso Tan, Inc for services and loans for $45,764.36 but deemed uncollectable due to business closure 03/2006.** | - | 0.00 |

Sub-Total >   153,209.76
(Total of this page)

Sheet __1__ of __3__ continuation sheets attached
to the Schedule of Personal Property

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                    Best Case Bankruptcy

B6B (Official Form 6B) (12/07) - Cont.

In re    **Custom Designed Cabinetry & Construction, Inc**                                ,    Case No. _____
                                            Debtor

## SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | **2005 GMAC Yukon (leased)** | - | 1.00 |
| | | **2004 Dodge Ram Pickup (leased)** | - | 1.00 |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | | **Normal compliment of office equipment (Subject to UCC lien of M&I @ $258,000)** | - | 2,500.00 |
| 29. Machinery, fixtures, equipment, and supplies used in business. | | **CNC router (leased)** | - | 1.00 |
| | | **Edgebander, Panel Saw, Table Saw, Widebelt Sander and miscellaneous power and hand tools (Subject to UCC lien of M&I @ $258,000)** | - | 25,000.00 |

|  | Sub-Total > | 27,503.00 |
|---|---|---|
| | (Total of this page) | |

Sheet __2__ of __3__ continuation sheets attached
to the Schedule of Personal Property

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                                Best Case Bankruptcy

B6B (Official Form 6B) (12/07) - Cont.

In re   **Custom Designed Cabinetry & Construction, Inc**      Case No. _____
,
                    Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 30. Inventory. | | **Miscellaneous lumber and hardware (Subject to UCC lien of M&I @ $258,000)** | - | **5,000.00** |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

|  | Sub-Total > | **5,000.00** |
|---|---|---|
|  | (Total of this page) | |
|  | Total > | **191,712.76** |

Sheet __3__ of __3__ continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037          Best Case Bankruptcy

B6D (Official Form 6D) (12/07)

In re  **Custom Designed Cabinetry & Construction, Inc**  Case No. _____
Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐  Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
| | | H | W J | C | | | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | |
|---|---|---|---|---|---|---|---|---|---|
| Account No. **xxx-xxxx-x3623**<br><br>**GMAC**<br>**PO Box 380902**<br>**Bloomington, MN 55438-0902** | X | - | | | | | | Lease<br><br>**2005 GMAC Yukon (lease - leased from Jeffrey Losinske)**<br><br>Value $ 1.00 | 8,348.10 | 8,347.10 |
| Account No.<br><br>**Internal Revenue Service**<br>**Mail Stop 5010 CHI**<br>**230 S. Dearborn St.**<br>**Chicago, IL 60604** | X | - | | | | | | Tax Lien (attaches to all real estate & split equally herein)<br><br>Location: 964 Washington Ave, South Beloit IL (industrial building) and 7784 Forest Hills Road, Loves Park, IL fka Gia's Italian Grille & Cafe<br><br>Value $ 600,000.00 | 92,500.00 | 0.00 |
| Account No.<br><br>**Internal Revenue Service**<br>**Mail Stop 5010 CHI**<br>**230 S. Dearborn St.**<br>**Chicago, IL 60604** | X | - | | | | | | Tax Lien (attaches to all real estate & split equally herein)<br><br>7784 Forrest Hills Rd, Loves Park, IL (restaurant property f/k/a Gia's Italian Grille & Cafe)<br><br>Value $ 800,000.00 | 92,500.00 | 0.00 |
| Account No. **1**<br><br>**M&I Marshall & Ilisley Bank**<br>**500 E Grand Ave**<br>**Beloit, WI 53511** | X | - | | | | | | 06/10/2005<br><br>First Mortgage & UCC on business assets<br><br>Location: 964 Washington Ave, South Beloit IL (industrial building)  (UCC assets valued @ $497827.77)<br><br>Value $ 600,000.00 | 208,000.00 | 0.00 |

__3__ continuation sheets attached

Subtotal
(Total of this page)  |  401,348.10  |  8,347.10

B6D (Official Form 6D) (12/07) - Cont.

In re **Custom Designed Cabinetry & Construction, Inc** _____,    Case No. _____
                                                    Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. **2** <br><br> **M&I Marshall & Ilsley Bank** <br> **500 E Grand Ave** <br> **Beloit, WI 53511** | X | - | 06/10/2005 <br><br> **Second Mortgage & UCC on business assets** <br><br> **Location: 964 Washington Ave, South Beloit IL (industrial building) (UCC assets valued @ $497827.77)** | | | | | |
| | | | Value $            600,000.00 | | | | 50,000.00 | 0.00 |
| Account No. **3** <br><br> **M&I Marshall & Ilsley Bank** <br> **500 E Grand Ave** <br> **Beloit, WI 53511** | X | - | 12/15/2006 <br> **3rd mortgage, 3rd mortgage, mortgages on other property** <br> **Industrial Bldg; Gia's Italian Restaurant; 5085 Bridge Ct, Roscoe, IL (fmv @ $40,000); 9330 Riverview Tr, Roscoe, IL (fmv @ $50,000)** | | | | | |
| | | | Value $            600,000.00 | | | | 47,500.00 | 0.00 |
| Account No. **3** <br><br> **M&I Marshall & Ilsley Bank** <br> **500 E Grand Ave** <br> **Beloit, WI 53511** | X | - | 07/2007 <br> **3rd mortgage, 3rd mortgage, mortgages on other property** <br> **Industrial Bldg; Gia's Italian Restaurant; 5085 Bridge Ct, Roscoe, IL (fmv @ $40,000); 9330 Riverview Tr, Roscoe, IL (fmv @ $50,000)** | | | | | |
| | | | Value $            800,000.00 | | | | 47,500.00 | 0.00 |
| Account No. **1 & 2** <br><br> **M&I Marshall & Ilsley Bank** <br> **500 E Grand Ave** <br> **Beloit, WI 53511** | | - | **UCC** <br><br> **Accounts Receivable (Booked Value) (Subject to UCC lien of M&I @ $258,000)** | | | | | |
| | | | Value $             85,408.79 | | | | 0.00 | 0.00 |
| Account No. **1 & 2** <br><br> **M&I Marshall & Ilsley Bank** <br> **500 E Grand Ave** <br> **Beloit, WI 53511** | | - | **UCC** <br><br> **Normal compliment of office equipment (Subject to UCC lien of M&I @ $258,000)** | | | | | |
| | | | Value $              2,500.00 | | | | 0.00 | 0.00 |

Sheet **1** of **3** continuation sheets attached to
Schedule of Creditors Holding Secured Claims

Subtotal
(Total of this page)

| | |
|---|---|
| 145,000.00 | 0.00 |

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

B6D (Official Form 6D) (12/07) - Cont.

In re    **Custom Designed Cabinetry & Construction, Inc** _____ ,    Case No. _____

_____
Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community |  | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
|  |  | H W | J C |  |  |  |  |  |  |
| Account No. **1 & 2** <br><br> **M&I Marshall & Ilisley Bank** <br> **500 E Grand Ave** <br> **Beloit, WI 53511** | - |  |  | **UCC** <br><br> **Edgebander, Panel Saw, Table Saw, Widebelt Sander and miscellaneous power and hand tools (Subject to UCC lien of M&I @ $258,000)** |  |  |  |  |  |
|  |  |  |  | Value $ **25,000.00** |  |  |  | **0.00** | **0.00** |
| Account No. **1 & 2** <br><br> **M&I Marshall & Ilisley Bank** <br> **500 E Grand Ave** <br> **Beloit, WI 53511** | - |  |  | **UCC** <br><br> **Miscellaneous lumber and hardware (Subject to UCC lien of M&I @ $258,000)** |  |  |  |  |  |
|  |  |  |  | Value $ **5,000.00** |  |  |  | **0.00** | **0.00** |
| Account No. <br><br> **Steven C. Losinske** <br> **13742 N. 89th Place** <br> **Scottsdale, AZ 85260-4213** | - |  |  | **Lease** <br><br> **2004 Dodge Ram Pickup (leased)** |  |  |  |  |  |
|  |  |  |  | Value $ **1.00** |  |  |  | **0.00** | **0.00** |
| Account No. <br><br> **Stillman Banccorp NA** <br> **PO Box 150** <br> **Stillman Valley, IL 61084-0150** | X - |  |  | **09/27/2005** <br> **First Mortgage & UCC on business assets of Gia's Italian Grille and Cafe 7784 Forrest Hills Rd, Loves Park, IL (restaurant property f/k/a Gia's Italian Grille & Cafe) (UCC lien on Gia's fixtures and equipment - estimated value @ $100,000)** |  |  |  |  |  |
|  |  |  |  | Value $ **800,000.00** |  |  |  | **271,000.00** | **0.00** |
| Account No. <br><br> **Stillman Banccorp NA** <br> **PO Box 150** <br> **Stillman Valley, IL 61084-0150** | X - |  |  | **09/27/2005** <br> **Second Mortgage & UCC lien on business assets of Gia's Italian Grille & Cafe 7784 Forrest Hills Rd, Loves Park, IL (restaurant property f/k/a Gia's Italian Grille & Cafe) (UCC lien of Gias fixtures and equipment estimated @ $100,000)** |  |  |  |  |  |
|  |  |  |  | Value $ **800,000.00** |  |  |  | **37,000.00** | **0.00** |

Sheet **2** of **3** continuation sheets attached to
Schedule of Creditors Holding Secured Claims

Subtotal
(Total of this page)

| | |
|---|---|
| **308,000.00** | **0.00** |

B6D (Official Form 6D) (12/07) - Cont.

In re  **Custom Designed Cabinetry & Construction, Inc**                    ,    Case No. _____
                                                                    Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Winnebago County Collector** <br> **PO Box 1216** <br> **Rockford, IL 61105-1216** | - | | **Tax Lien** <br><br> **7784 Forrest Hills Rd, Loves Park, IL (restaurant property f/k/a Gia's Italian Grille & Cafe)** <br><br><br> Value $ **800,000.00** | | | | **9,188.18** | **0.00** |
| Account No. <br><br><br><br><br> | | | <br><br><br><br><br> Value $ | | | | | |
| Account No. <br><br><br><br><br> | | | <br><br><br><br><br> Value $ | | | | | |
| Account No. <br><br><br><br><br> | | | <br><br><br><br><br> Value $ | | | | | |
| Account No. <br><br><br><br><br> | | | <br><br><br><br><br> Value $ | | | | | |

Sheet __3__ of __3__ continuation sheets attached to
Schedule of Creditors Holding Secured Claims

| | Subtotal (Total of this page) | **9,188.18** | **0.00** |
|---|---|---|---|
| | Total (Report on Summary of Schedules) | **863,536.28** | **8,347.10** |

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

B6E (Official Form 6E) (12/07)

In re   **Custom Designed Cabinetry & Construction, Inc** _____ ,   Case No. _____

Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

    A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

    The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

    If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

    Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

    Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

    Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS**  (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

    Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

    Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

    Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $10,950* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

    Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

    Claims of certain farmers and fishermen, up to $5,400* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

    Claims of individuals up to $2,425* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

■ **Taxes and certain other debts owed to governmental units**

    Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

    Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

    Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

\* Amounts are subject to adjustment on April 1, 2010, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

_____1_____   continuation sheets attached

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                                                Best Case Bankruptcy

B6E (Official Form 6E) (12/07) - Cont.

In re    **Custom Designed Cabinetry & Construction, Inc**
_____,     Case No. _____
Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Taxes and Certain Other Debts
Owed to Governmental Units**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. | | | **Payroll Taxes through 6/30/2007** | | | | | | |
| **IL Dept. of Employment Security 850 E. Madison Street Springfield, IL 62702-5603** | - | | | | | | | 0.00 | |
| | | | | | | | 3,851.51 | | 3,851.51 |
| Account No. | | | **Payroll Taxes through 6/30/2007** | | | | | | |
| **Illinois Department of Revenue Bankruptcy Section PO Box 64338 Chicago, IL 60664-0338** | - | | | | | | | 0.00 | |
| | | | | | | | 1,895.77 | | 1,895.77 |
| Account No. | | | **941 Taxes through 6/30/2007 (Duplicate of that stated on Schedule D)** | | | | | | |
| **Internal Revenue Service Mail Stop 5010 CHI 230 S. Dearborn St. Chicago, IL 60604** | - | | | | | | | 0.00 | |
| | | | | | | | 166,432.92 | | 166,432.92 |
| Account No. | | | **Payroll Taxes through 6/30/2007** | | | | | | |
| **State of Wisconsin Department of Revenue PO Box 8946 Madison, WI 53708-8946** | - | | | | | | | 0.00 | |
| | | | | | | | 4,392.03 | | 4,392.03 |
| Account No. | | | | | | | | | |

Sheet __1__ of __1__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | | |
|---|---|---|
| Subtotal (Total of this page) | 0.00 176,572.23 | 176,572.23 |
| Total (Report on Summary of Schedules) | 0.00 176,572.23 | 176,572.23 |

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6F (Official Form 6F) (12/07)

In re    **Custom Designed Cabinetry & Construction, Inc**                     ,    Case No. _____
                                               Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **4793** <br><br> **ABV Contemporary** <br> **2840 Pine Road - Unit F** <br> **Huntingdon Valley, PA 19006** | | - | | | **Material Supplier** | | | | 188.96 |
| Account No. **FAB802** <br><br> **Alliance One Receivables Mgmt.** <br> **PO Box 21882** <br> **Eagan, MN 55121-2528** | | - | | | **Collection on behalf of Capital One Bank** | | | | 3,176.09 |
| Account No. **xxxx CV x1479** <br><br> **Alpine Plywood** <br> **% Jacobs and Mathews** <br> **2085 W. Busch Blvd. - Suite 225** <br> **Tampa, FL 33618** | | - | | | **Material Supplier** | | | | 26,718.00 |
| Account No. **xxx9396** <br><br> **Amcore Bank, NA** <br> **PO Box 1537** <br> **Rockford, IL 61110** | X | - | | | **Loan for Expresso Tan, Inc.** | | | | 8,283.05 |

|  |  |
|---|---|
| __13__ continuation sheets attached | Subtotal (Total of this page)    38,366.10 |

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037          S/N:36076-080402   Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **Custom Designed Cabinetry & Construction, Inc**                    ,        Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **xx SC 3457**<br><br>**Baer Supply Co.**<br>**% Fulbright & Associates**<br>**PO Box 1510**<br>**Rockford, IL 61110-0010** | | - | | **Material Supplier** | | | | **8,901.25** |
| Account No.<br><br>**Benson Stone**<br>**1100 Eleventh Street**<br>**Rockford, IL 61104** | | - | | **Material Supplier** | | | | **8,368.62** |
| Account No. **xx-xx128-0**<br><br>**Blitt and Gaines, PC**<br>**661 Glenn Avenue**<br>**Wheeling, IL 60090** | | - | | **Collection on behalf of US Bank National Association** | | | | **10,095.34** |
| Account No. **xxx6304-RWK**<br><br>**Bolgrien, Koepke & Kimes. SC**<br>**542 East Grand Avenue**<br>**Beloit, WI 53511** | | - | | **Legal Services** | | | | **1,592.83** |
| Account No. **xxxx-xxxx-xxxx-4973**<br><br>**Capital Management Services**<br>**726 Exchange Street - Suite 700**<br>**Buffalo, NY 14210** | X | - | | **Collection on behalf of First USA/Chase** | | | | **14,394.46** |

Sheet no. __1__ of __13__ sheets attached to Schedule of                      Subtotal                    **43,352.50**
Creditors Holding Unsecured Nonpriority Claims                        (Total of this page)

B6F (Official Form 6F) (12/07) - Cont.

In re  **Custom Designed Cabinetry & Construction, Inc**                                    ,   Case No. _____
                                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | |
| Account No. | | | Loans to Company | | | | |
| Carpentry & Contract Management 1354 Moore Street Beloit, WI 53511 | | - | | | | | 118,610.17 |
| Account No. xxxx-xxxx-xxxx-0355 | | | Credit Card | | | | |
| Chase Bank USA,NA PO Box 15298 Wilmington, DE 19850-5298 | X | - | | | | | 1,033.40 |
| Account No. xxxx-xxxx-xxxx-7943 | | | Credit Card | | | | |
| Chase Bank USA,NA PO Box 15298 Wilmington, DE 19850-5298 | X | - | | | | | 14,394.46 |
| Account No. xxx2536 | | | Collection on behalf of Elan Financial | | | | |
| Client Services, Inc. 3451 Harry Truman Blvd. Saint Charles, MO 63301-4047 | | - | | | | | 6,553.35 |
| Account No. xxx2556 | | | Collection on behalf of US Bank | | | | |
| Client Services, Inc. 3451 Harry Truman Blvd. Saint Charles, MO 63301-4047 | | - | | | | | 5,695.49 |

Sheet no. __2__ of __13__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                     146,286.87

B6F (Official Form 6F) (12/07) - Cont.

In re **Custom Designed Cabinetry & Construction, Inc**                          ,   Case No. _____
Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **xxx9002** | | | - | | Collection on behalf of Elan Financial | | | | |
| Client Services, Inc. 3451 Harry Truman Blvd. Saint Charles, MO 63301-4047 | | | | | | | | | 3,856.89 |
| Account No. **xxx2576** | | | - | | Collection on behalf of US Bank | | | | |
| Client Services, Inc. 3451 Harry Truman Blvd. Saint Charles, MO 63301-4047 | | | | | | | | | 4,746.96 |
| Account No. **xxx-xxxxxx1-001** | | | - | | Lease of Computer Equipment | | | | |
| Dell Financial Services 12334 N  35 Austin, TX 78753 | | | | | | | | | 475.60 |
| Account No. **B-xxxx2424** | X | | - | | Collection on behalf of CitiBank, USA | | | | |
| ER Solutions, Inc. 800 SW 39th Street Renton, WA 98057 | | | | | | | | | 25,587.84 |
| Account No. | | | - | | Collection on behalf of Upper Canada Forest Products | | | | |
| Euler Hermes UMA 600 South 7th Street Louisville, KY 40201-1672 | | | | | | | | | 6,521.57 |

Sheet no. __3__ of __13__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    41,188.86

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037          Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **Custom Designed Cabinetry & Construction, Inc** _____,   Case No. _____
                                                        Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **x1080CU** <br><br> **First Federal Financial Services** <br> **PO Box 68664** <br> **Tucson, AZ 85737** | X | - | **Lease of Blue Print Machine** | | | | 529.62 |
| Account No. **xxxx6176** <br><br> **Harvard Collection Services, Inc.** <br> **4839 N. Elston Avenue** <br> **Chicago, IL 60630-2354** | | - | **Collection on behalf of Com Ed** | | | | 2,802.08 |
| Account No. <br><br> **Hinshaw & Culbertson, LLP** <br> **2729 Paysphere Circle** <br> **Chicago, IL 60674** | | - | **Legal** | | | | 17,272.02 |
| Account No. <br><br> **Integrity Saw and Tool, Inc.** <br> **507 W. Rolling Meadows Drive** <br> **Fond Du Lac, WI 54937** | | - | **Material Supplier** | | | | 1,813.40 |
| Account No. <br><br> **Jeffrey W Losinske** <br> **388 Teaberry Ct** <br> **Roscoe, IL 61073** | | - | **Lease of 2005 GMC Yukon** | | | | **Unknown** |

| | | |
|---|---|---|
| Sheet no. __4__ of __13__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | Subtotal <br> (Total of this page) | 22,417.12 |

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                                        Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **Custom Designed Cabinetry & Construction, Inc** _____ ,   Case No. _____
                                                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Jeffrey W. Losinske** <br> **388 Teaberry Court** <br> **Roscoe, IL 61073** | - | | **March, 2008** <br> **Personal Loans to Company** | | | | 18,948.22 |
| Account No. **x0143** <br><br> **Law Offices of Dr. William Hayes** <br> **1970 Cranston Road - Suite 101** <br> **Beloit, WI 53511** | - | | **Legal Services** | | | | 2,712.50 |
| Account No. **xx9450** <br><br> **LD&S** <br> **PO Box 215** <br> **Sussex, WI 53089** | - | | **Material Supplier** | | | | 1,390.12 |
| Account No. **1031** <br><br> **Lombardozzi, Moses & Quimby** <br> **697 South Blackhawk Blvd.** <br> **Rockton, IL 61072** | - | | **Accounting Fees** | | | | 6,280.00 |
| Account No. <br><br> **Lombardozzi, Moses & Quimby** <br> **697 South Blackhawk Blvd.** <br> **Rockton, IL 61072** | X - | | **Accounting Fees for Expresso Tan, Inc.** | | | | 2,435.00 |

Sheet no. __5__ of __13__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    | 31,765.84 |

B6F (Official Form 6F) (12/07) - Cont.

In re  **Custom Designed Cabinetry & Construction, Inc**                              ,    Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Lombardozzi, Moses & Quimby** <br> **697 South Blackhawk Blvd.** <br> **Rockton, IL 61072** | X | - | **Accounting Fees for Gia's Italian Grille and Cafe** | | | | 4,032.13 |
| Account No. **5640** <br><br> **Lombardozzi, Moses Quimby & Co.** <br> **PO Box 2207** <br> **Loves Park, IL 61131-2207** | | - | **Accounting Fees** | | | | 554.57 |
| Account No. **xxxx-xxxx-xxxx-8332** <br><br> **M&I Visa** <br> **Credit Card Processing Center** <br> **PO Box 1111** <br> **Madison, WI 53701-1111** | X | - | **Credit Card** | | | | 18,883.22 |
| Account No. **xxxxxxxxxxx6806** <br><br> **Menards** <br> **HSBC Business Services** <br> **PO Box 4160** <br> **Carol Stream, IL 60197** | X | - | **Credit Card** | | | | 12,477.00 |
| Account No. **xxxxxxxxxxx4857c** <br><br> **Menards** <br> **HSBC Business Services** <br> **PO Box 4160** <br> **Carol Stream, IL 60197** | X | - | **Credit Card** | | | | 2,005.63 |

Sheet no. __6__ of __13__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**37,952.55**

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                              Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re **Custom Designed Cabinetry & Construction, Inc**_____,   Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxxxxxxxxx6806** <br><br> **Menards** <br> **HSBC Business Services** <br> **PO Box 4160** <br> **Carol Stream, IL 60197** | | - | Credit Card | | | | 21,600.30 |
| Account No. <br><br> **Midwest Woodworking Machinery** <br> **PO Box 5747** <br> **Elgin, IL 60123** | | - | Material Supplier | | | | 500.00 |
| Account No. <br><br> **Mulvain Woodworks** <br> **14578 Center Road** <br> **Durand, IL 61024** | | - | Material Supplier | | | | 824.46 |
| Account No. **xxxx-xxxx-xxxx-6890** <br><br> **National City Bank** <br> **PO Box 3038** <br> **K-A16-1** <br> **Kalamazoo, MI 49003-3038** | X | - | Credit Card | | | | 12,965.60 |
| Account No. **xx C x0090** <br><br> **National City Manufacturing Finance** <br> **% Attorney Vincent T. Borst** <br> **180 N. Stetson St. - Suite 3400** <br> **Chicago, IL 60601** | X | - | Breach of Contract/Lease | | | | 118,860.49 |

Sheet no. __7___ of __13__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

| | |
|---|---|
| 154,750.85 |

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re **Custom Designed Cabinetry & Construction, Inc** ,    Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **9831**<br><br>**National Glass Solutions, Inc.**<br>**S82 W19246 Apollo Drive**<br>**Muskego, WI 53150** | | - | Material Supplier | | | | 535.00 |
| Account No. **3231**<br><br>**NIBC Const. Ind Advancement Fund**<br>**1111 S. Alpine Road - Suite 202**<br>**Rockford, IL 61108-3940** | | - | Advertising | | | | 390.00 |
| Account No.<br><br>**Oliver, Close, Worden,**<br>**Winkler & Greenwald, LLC**<br>**PO Box 4749**<br>**Rockford, IL 61110-4749** | | - | Legal Services | | | | 9,012.50 |
| Account No.<br><br>**Patrick Glass Company**<br>**400 Clark Street**<br>**South Beloit, IL 61080** | | - | Material Supplier | | | | 1,447.75 |
| Account No. **xxx7642**<br><br>**Phillips & Cohen Associates, Ltd.**<br>**258 Chapman Road - Ste. 205**<br>**Newark, DE 19702** | X | - | Collection on behalf of Advanta | | | | 8,696.20 |

Sheet no. __8__ of __13__ sheets attached to Schedule of          Subtotal          20,081.45
Creditors Holding Unsecured Nonpriority Claims          (Total of this page)

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037          Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **Custom Designed Cabinetry & Construction, Inc**                                        ,    Case No. _____
                                                           Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | **Computer Equipment Repairs** | | | | |
| **Premier Technologies** **617 E. Grand Avenue** **Beloit, WI 53511** | | - | | | | | 311.07 |
| Account No. | | | **Material Supplier** | | | | |
| **Qualified Reprographis, Inc.** **PO Box 82** **South Beloit, IL 61080-0082** | | - | | | | | 1,161.68 |
| Account No. **xxxx0943** | | | **Material Supplier** | | | | |
| **Quigley Smart, Inc.** **% Credit Management Services** **1375 Eastgwoodfield Dr. - Suite 110** **Schaumburg, IL 60173** | | - | | | | | 529.96 |
| Account No. **5150** | | | **Material Supplier** | | | | |
| **R.S. Hughes Company, Inc.** **869-B South Rohlwing Road** **Addison, IL 60101** | | - | | | | | 2,104.50 |
| Account No. | | | **Material Supplier** | | | | |
| **Rayner & Rinn-Scott, Inc.** **% Attorney Thomas Green** **6833 Stalter Drive - 1st Floor** **Rockford, IL 61108** | X | - | | | | | 9,533.76 |

Sheet no. _**9**_ of _**13**_ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)     **13,640.97**

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                                        Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re **Custom Designed Cabinetry & Construction, Inc** _____,   Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. <br><br> **Ritz and Laughlin** <br> **728 N. Court Street** <br> **Rockford, IL 61103** | X | - | | | **Legal Services** | | | | 1,075.00 |
| Account No. **xx0765** <br><br> **Rock River Disposal** <br> **4002 S. Main Street** <br> **Rockford, IL 61102** | | - | | | **Rubbish Removal** | | | | 2,085.86 |
| Account No. <br><br> **Roscoe Ready Mix** <br> **PO Box 425** <br> **Roscoe, IL 61073** | | - | | | **Material Supplier** | | | | 3,670.72 |
| Account No. **xx8371** <br><br> **S.J. Carlson Fire Protection** <br> **4544 Shepherd Trail** <br> **Rockford, IL 61103-1238** | | - | | | **Subcontractor** | | | | 669.08 |
| Account No. **xxxx-x966-2** <br><br> **Sherwin Williams** <br> **2635 Prairie Avenue** <br> **Beloit, WI 53511** | | - | | | **Material Supplier** | | | | 183.68 |

Sheet no. __10__ of __13__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                      7,684.34

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                                         Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **Custom Designed Cabinetry & Construction, Inc** _____ ,   Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxxxx/xx2191** <br><br> **Sherwin Williams** <br> **% DeHaan & Bach** <br> **PO Box 429321** <br> **Cincinnati, OH 45242-9321** | - | | Material Supplier | | | | 375.00 |
| Account No. <br><br> **Sierra Forest Products, Inc.** <br> **1700 Downs Drive - Suite 100** <br> **West Chicago, IL 60185** | - | | Material Supplier | | | | 6,521.57 |
| Account No. **xxxxxxxxxxx6164** <br><br> **Staples Credit Card** <br> **PO Box 689161** <br> **Des Moines, IA 50368-9161** | X - | | Credit Card | | | | 2,252.74 |
| Account No. **x8 SC 678** <br><br> **State Auto Insurance** <br> **% Fulbright & Associates, PC** <br> **PO Box 1510** <br> **Rockford, IL 61110-0010** | X - | | Insurance Coverage | | | | 8,400.00 |
| Account No. **xxxx-xxxx-xxxx-0012** <br><br> **The Bureaus, Inc.** <br> **PO Box 809323** <br> **Chicago, IL 60680-9323** | - | | Collection on behalf of Advanta Bank | | | | 8,376.72 |

Sheet no. __**11**__ of __**13**__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

25,926.03

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6F (Official Form 6F) (12/07) - Cont.

In re  **Custom Designed Cabinetry & Construction, Inc**                              ,    Case No. _____
                                                                Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxx-xxxx-xxxx-5822**<br><br>**United Collection Bureau, Inc.**<br>**5620 Southwyck Blvd. - Suite 206**<br>**Toledo, OH 43614** | X | - | **Collection on behalf of CitiCorp Credit** | | | | 15,555.15 |
| Account No. **xxxx-xxxx-xxxx-5989**<br><br>**US Bank Cardmember Services**<br>**PO Box 790084**<br>**Saint Louis, MO 63179-0084** | X | - | **Credit Card** | | | | 9,482.25 |
| Account No.<br><br>**Wells Fargo Bank, NA**<br>**BDD - Bankruptcy Department**<br>**PO Box 53476**<br>**Phoenix, AZ 85072** | X | - | **Loan** | | | | 7,632.45 |
| Account No. **JMC xxx9672**<br><br>**West Bend Mutual Ins. Co.**<br>**% Joseph Mann & Creed**<br>**20600 Chagrin Blvd. - Suite 550**<br>**Beachwood, OH 44122-5340** | | - | **Insurance** | | | | 4,622.00 |
| Account No.<br><br>**Willis Alarms**<br>**521 Ravine Street**<br>**South Beloit, IL 61080-2449** | | - | **Alarm Service** | | | | 671.00 |

Sheet no. __12__ of __13__ sheets attached to Schedule of                         Subtotal             37,962.85
Creditors Holding Unsecured Nonpriority Claims                         (Total of this page)

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                              Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re **Custom Designed Cabinetry & Construction, Inc**                    ,    Case No. _____
                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. **CUST20**<br><br>**Wind Mill Slatwall Products**<br>**200 Balsam Road**<br>**Sheboygan Falls, WI 53085-2570** | | - | | Material Supplier | | | | 863.30 |
| Account No. | | | | | | | | |
| Account No. | | | | | | | | |
| Account No. | | | | | | | | |
| Account No. | | | | | | | | |

Sheet no. __13__ of __13__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

| | Subtotal (Total of this page) | 863.30 |
|---|---|---|
| | Total (Report on Summary of Schedules) | 622,239.63 |

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                    Best Case Bankruptcy

B6G (Official Form 6G) (12/07)

.

In re   **Custom Designed Cabinetry & Construction, Inc**
_____,   Case No. _____
                        Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property.  Include any timeshare interests.  State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc.  State whether debtor is the lessor or lessee of a lease.  Provide the names and complete mailing addresses of all other parties to each lease or contract described.  If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| **First Federal Financial Services**<br>**PO Box 68664**<br>**Tucson, AZ 85737** | **Lease of blueprint printer** |
| **Jeffrey W Losinske**<br>**388 Teaberry Ct**<br>**Roscoe, IL 61073** | **Lease of 2005 GMC Yukon individually leased from GMAC** |
| **National City Manufacturing Finance**<br>**% Attorney Vincent T. Borst**<br>**180 N. Stetson Avenue - Suite 3400**<br>**Chicago, IL 60601** | **Lease of CNC Router** |
| **Steve Losinske**<br>**13742 N. 89th Place**<br>**Scottsdale, AZ 85260-4213** | **Lease of 2004 Dodge Ram Pick-up** |

**0**
_____ continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6H (Official Form 6H) (12/07)

.

In re    **Custom Designed Cabinetry & Construction, Inc**
_____,    Case No. _____
                                    Debtor

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Expresso Tan, Inc.**<br>**% Jeffrey W. Losinske**<br>**399 Teaberry Court**<br>**Roscoe, IL 61073** | **Lombardozzi, Moses & Quimby**<br>**697 South Blackhawk Blvd.**<br>**Rockton, IL 61072** |
| **Expresso Tan, Inc.**<br>**% Jeffrey W. Losinske**<br>**388 Teaberry Court**<br>**Roscoe, IL 61073** | **Amcore Bank, NA**<br>**PO Box 1537**<br>**Rockford, IL 61110** |
| **Gia's Italian Grille and Cafe**<br>**% Jeffrey W. Losinske**<br>**399 Teaberry Court**<br>**Roscoe, IL 61073** | **Lombardozzi, Moses & Quimby**<br>**697 South Blackhawk Blvd.**<br>**Rockton, IL 61072** |
| **Jeffrey W & Sonia M Losinske**<br>**388 Teaberry Ct**<br>**Roscoe, IL 61073** | **Stillman Banccorp NA**<br>**PO Box 150**<br>**Stillman Valley, IL 61084-0150** |
| **Jeffrey W & Sonia M Losinske**<br>**388 Teaberry Ct**<br>**Roscoe, IL 61073** | **Stillman Banccorp NA**<br>**PO Box 150**<br>**Stillman Valley, IL 61084-0150** |
| **Jeffrey W & Sonia M Losinske**<br>**388 Teaberry Ct**<br>**Roscoe, IL 61073** | **ER Solutions, Inc.**<br>**800 SW 39th Street**<br>**Renton, WA 98057** |
| **Jeffrey W & Sonia M Losinske**<br>**388 Teaberry Ct**<br>**Roscoe, IL 61073** | **United Collection Bureau, Inc.**<br>**5620 Southwyck Blvd. - Suite 206**<br>**Toledo, OH 43614** |
| **Jeffrey W & Sonia M Losinske**<br>**388 Teaberry Ct**<br>**Roscoe, IL 61073** | **Capital Management Services**<br>**726 Exchange Street - Suite 700**<br>**Buffalo, NY 14210** |
| **Jeffrey W & Sonia M Losinske**<br>**388 Teaberry Ct**<br>**Roscoe, IL 61073** | **M&I Marshall & Ilisley Bank**<br>**500 E Grand Ave**<br>**Beloit, WI 53511** |
| **Jeffrey W & Sonia M Losinske**<br>**388 Teaberry Ct**<br>**Roscoe, IL 61073** | **Chase Bank USA,NA**<br>**PO Box 15298**<br>**Wilmington, DE 19850-5298** |
| **Jeffrey W Losinske**<br>**388 Teaberry Ct**<br>**Roscoe, IL 61073** | **M&I Marshall & Ilisley Bank**<br>**500 E Grand Ave**<br>**Beloit, WI 53511** |

**2**
_____ continuation sheets attached to Schedule of Codebtors

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037

In re    **Custom Designed Cabinetry & Construction, Inc**                                    Case No. _____

_____,
                                    Debtor

# SCHEDULE H - CODEBTORS
(Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Jeffrey W Losinske**<br>**388 Teaberry Ct**<br>**Roscoe, IL 61073** | **M&I Marshall & Ilisley Bank**<br>**500 E Grand Ave**<br>**Beloit, WI 53511** |
| **Jeffrey W Losinske**<br>**388 Teaberry Ct**<br>**Roscoe, IL 61073** | **M&I Marshall & Ilisley Bank**<br>**500 E Grand Ave**<br>**Beloit, WI 53511** |
| **Jeffrey W Losinske**<br>**388 Teaberry Ct**<br>**Roscoe, IL 61073** | **US Bank Cardmember Services**<br>**PO Box 790084**<br>**Saint Louis, MO 63179-0084** |
| **Jeffrey W Losinske**<br>**388 Teaberry Ct**<br>**Roscoe, IL 61073** | **Staples Credit Card**<br>**PO Box 689161**<br>**Des Moines, IA 50368-9161** |
| **Jeffrey W Losinske**<br>**388 Teaberry Ct**<br>**Roscoe, IL 61073** | **Menards**<br>**HSBC Business Services**<br>**PO Box 4160**<br>**Carol Stream, IL 60197** |
| **Jeffrey W Losinske**<br>**388 Teaberry Ct**<br>**Roscoe, IL 61073** | **Menards**<br>**HSBC Business Services**<br>**PO Box 4160**<br>**Carol Stream, IL 60197** |
| **Jeffrey W Losinske**<br>**388 Teaberry Ct**<br>**Roscoe, IL 61073** | **M&I Visa**<br>**Credit Card Processing Center**<br>**PO Box 1111**<br>**Madison, WI 53701-1111** |
| **Jeffrey W Losinske**<br>**388 Teaberry Ct**<br>**Roscoe, IL 61073** | **National City Manufacturing Finance**<br>**% Attorney Vincent T. Borst**<br>**180 N. Stetson St. - Suite 3400**<br>**Chicago, IL 60601** |
| **Jeffrey W Losinske**<br>**388 Teaberry Ct**<br>**Roscoe, IL 61073** | **National City Bank**<br>**PO Box 3038**<br>**K-A16-1**<br>**Kalamazoo, MI 49003-3038** |
| **Jeffrey W Losinske**<br>**388 Teaberry Ct**<br>**Roscoe, IL 61073** | **Ritz and Laughlin**<br>**728 N. Court Street**<br>**Rockford, IL 61103** |
| **Jeffrey W Losinske**<br>**388 Teaberry Ct**<br>**Roscoe, IL 61073** | **Wells Fargo Bank, NA**<br>**BDD - Bankruptcy Department**<br>**PO Box 53476**<br>**Phoenix, AZ 85072** |
| **Jeffrey W Losinske**<br>**388 Teaberry Ct**<br>**Roscoe, IL 61073** | **Phillips & Cohen Associates, Ltd.**<br>**258 Chapman Road - Ste. 205**<br>**Newark, DE 19702** |

Sheet    **1**    of    **2**    continuation sheets attached to the Schedule of Codebtors

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

In re    **Custom Designed Cabinetry & Construction, Inc**                    ,    Case No. _____

                                            Debtor

# SCHEDULE H - CODEBTORS
(Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Jeffrey W Losinske**<br>**388 Teaberry Ct**<br>**Roscoe, IL 61073** | **GMAC**<br>**PO Box 380902**<br>**Bloomington, MN 55438-0902** |
| **Jeffrey W Losinske**<br>**388 Teaberry Ct**<br>**Roscoe, IL 61073** | **Internal Revenue Service**<br>**Mail Stop 5010 CHI**<br>**230 S. Dearborn St.**<br>**Chicago, IL 60604** |
| **Jeffrey W Losinske**<br>**388 Teaberry Ct**<br>**Roscoe, IL 61073** | **Internal Revenue Service**<br>**Mail Stop 5010 CHI**<br>**230 S. Dearborn St.**<br>**Chicago, IL 60604** |
| **Jeffrey W Losinske**<br>**388 Teaberry Ct**<br>**Roscoe, IL 61073** | **State Auto Insurance**<br>**% Fulbright & Associates, PC**<br>**PO Box 1510**<br>**Rockford, IL 61110-0010** |
| **Jeffrey W Losinske**<br>**388 Teaberry Ct**<br>**Roscoe, IL 61073** | **Rayner & Rinn-Scott, Inc.**<br>**% Attorney Thomas Green**<br>**6833 Stalter Drive - 1st Floor**<br>**Rockford, IL 61108** |
| **Jeffrey W Losinske**<br>**388 Teaberry Ct**<br>**Roscoe, IL 61073** | **First Federal Financial Services**<br>**PO Box 68664**<br>**Tucson, AZ 85737** |
| **Jeffrey W. Losinske**<br>**388 Teaberry Court**<br>**Roscoe, IL 61073-6612** | **Chase Bank USA,NA**<br>**PO Box 15298**<br>**Wilmington, DE 19850-5298** |
| **Joseph & Maria Stella**<br>**4901 Squaw Valley Drive**<br>**Loves Park, IL 61111** | **Stillman Banccorp NA**<br>**PO Box 150**<br>**Stillman Valley, IL 61084-0150** |
| **Joseph & Maria Stella**<br>**4901 Squaw Valley Drive**<br>**Loves Park, IL 61111** | **Stillman Banccorp NA**<br>**PO Box 150**<br>**Stillman Valley, IL 61084-0150** |
| **Joseph & Maria Stella**<br>**4901 Squaw Valley Drive**<br>**Loves Park, IL 61111** | **M&I Marshall & Ilisley Bank**<br>**500 E Grand Ave**<br>**Beloit, WI 53511** |

Sheet __2__ of __2__ continuation sheets attached to the Schedule of Codebtors

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6 Declaration (Official Form 6 - Declaration). (12/07)

# United States Bankruptcy Court
### Northern District of Illinois

In re    **Custom Designed Cabinetry & Construction, Inc** _____    Case No. _____

_____ Debtor(s)    Chapter    **11** _____

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the President of the corporation named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of ___**31**___ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date **April 21, 2008** _____    Signature    **/s/ Jeffrey W. Losinske** _____

**Jeffrey W. Losinske
President**

_Penalty for making a false statement or concealing property:_ Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

B7 (Official Form 7) (12/07)

# United States Bankruptcy Court
## Northern District of Illinois

In re **Custom Designed Cabinetry & Construction, Inc** _____ Case No. _____

Debtor(s)                                    Chapter  **11**

## STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs.  To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name.  See, 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

_DEFINITIONS_

_"In business."_ A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

_"Insider."_ The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101.

_____

**1. Income from employment or operation of business**

None

☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| **$157,133.19** | **2008 Gross Receipts YTD** |
| **$594,154.09** | **2007 Gross Receipts** |
| **$822,573.00** | **2006 Gross Receipts** |

2

**2. Income other than from employment or operation of business**

None
■

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

AMOUNT                    SOURCE

**3. Payments to creditors**

None
■

*Complete a. or b., as appropriate, and c.*

a.    *Individual or joint debtor(s) with primarily consumer debts.*  List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and creditor counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
| --- | --- | --- | --- |

None
■

b.    *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,475.  If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and creditor counseling agency.  (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
| --- | --- | --- | --- |

None
■

c.    *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
| --- | --- | --- | --- |

**4.  Suits and administrative proceedings, executions, garnishments and attachments**

None
☐

a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
| --- | --- | --- | --- |
| **Chase Bank USA, NA vs, Jeffrey W. Losinske 07 M1 127439** | **Collection** | **Circuit Court of Cook County, Illinois** | **Pending** |
| **Stillman BancCorp, NA vs. Custom Designed Cabinetry & Construction, Inc., etal 07 CH 1323** | **Foreclosure** | **17th JD, Winnebago County, Illinois** | **Pending** |

3

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **National City Manufacturing Finance as successor-by-merger to National City Commercial Capital Corporation vs. Custom Designed Cabinetry & Construction, Inc. & Jeffrey W. Losinske, Individually 07 C 50090** | **Breach of Contract/Lease** | **United States District Court - Northern District of Illinois** | **Pending** |
| **Baer Supply, Co v Custom Designed Cabinetry & Construction, Inc 07 SC 3457** | **Collection** | **Winnebago County, IL** | **Judgment** |
| **Alpine Plywood Corp. v Custom Designed Cbinetry & Construction, Inc., et al 08 LM 76** | **Collection** | **Winnebago County, IL** | **Judgment** |
| **RR&S v Custom Designed Cabinetry & Construction, Inc** | **Collection** | **Winnebago County, IL** | **Judgment** |
| **State Auto Insurance vs. Custom Designed Cabinetry and Construction, Inc. 08 SC 678** | **Collection** | **17th JD, Winnebago County, Illinois** | **Pending** |

None
■
b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

### 5. Repossessions, foreclosures and returns

None
■
List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

### 6. Assignments and receiverships

None
■
a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|

None
■    b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|---|

### 7. Gifts

None
■    List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|

### 8. Losses

None
☐    List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|
| **$23,000 Cash** | **Suspected theft of cash from vault by former employee.** | **10/2006** |

### 9. Payments related to debt counseling or bankruptcy

None
☐    List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of the petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Bernard J Natale, Ltd**<br>**6833 Stalter Dr, Suite 201**<br>**Rockford, IL 61108** | **02/2008** | **$10,000 retainer.  $8,961 paid for prepetition services + Chapter 11 filing fees of $1,039 for costs.** |

### 10. Other transfers

None
■    a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|

None
■    b. List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
|---|---|---|

5

**11.  Closed financial accounts**

None
■

List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
| --- | --- | --- |

**12.  Safe deposit boxes**

None
■

List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
| --- | --- | --- | --- |

**13.  Setoffs**

None
■

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
| --- | --- | --- |

**14.  Property held for another person**

None
■

List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
| --- | --- | --- |

**15.  Prior address of debtor**

None
■

If the debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
| --- | --- | --- |

**16. Spouses and Former Spouses**

None
■

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

**17. Environmental Information.**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

None    a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable
■       or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None    b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous
■       Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None    c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which
■       the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

**18 . Nature, location and name of business**

None    a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and
☐       ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|
| **Custom Designed Cabinetry & Construction** | | **964 Washington Ave South Beloit, IL 61080** | **5671** | **07/1988 but incorporated approx 1995** |

None
■

b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

NAME                                                ADDRESS


The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor or self-employed in a trade, profession, or other activity, either full- or part-time.

*(An individual or joint debtor should complete this portion of the statement **only** if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

### 19. Books, records and financial statements

None
☐

a. List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

| NAME AND ADDRESS | DATES SERVICES RENDERED |
|---|---|
| **Lombardozzi, Moses & Quimby**<br>**697 South Blackhawk Blvd.**<br>**Rockton, IL 61072** | **- 2008** |

None
■

b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

NAME                        ADDRESS                        DATES SERVICES RENDERED

None
■

c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

NAME                                                ADDRESS

None
☐

d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within **two years** immediately preceding the commencement of this case.

| NAME AND ADDRESS | DATE ISSUED |
|---|---|
| **M&I Marshall & Ilisley Bank**<br>**500 E Grand Ave**<br>**Beloit, WI 53511** | **Annually** |
| **Stillman Banccorp NA**<br>**PO Box 150**<br>**Stillman Valley, IL 61084-0150** | **Annually** |

### 20. Inventories

None
■

a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

| DATE OF INVENTORY | INVENTORY SUPERVISOR | DOLLAR AMOUNT OF INVENTORY<br>(Specify cost, market or other basis) |
|---|---|---|

None
■

b. List the name and address of the person having possession of the records of each of the two inventories reported in a., above.

| DATE OF INVENTORY | NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY<br>RECORDS |
|---|---|

8

**21 . Current Partners, Officers, Directors and Shareholders**

None
■

a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

NAME AND ADDRESS                    NATURE OF INTEREST                PERCENTAGE OF INTEREST

None
☐

b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

|  |  | NATURE AND PERCENTAGE |
| NAME AND ADDRESS | TITLE | OF STOCK OWNERSHIP |
| **Jeffrey W Losinske** | **President** | **100%** |
| **388 Teaberry Ct** |  |  |
| **Roscoe, IL 61073** |  |  |

**22 . Former partners, officers, directors and shareholders**

None
■

a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

NAME                              ADDRESS                              DATE OF WITHDRAWAL

None
■

b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

NAME AND ADDRESS                    TITLE                            DATE OF TERMINATION

**23 . Withdrawals from a partnership or distributions by a corporation**

None
☐

If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

| NAME & ADDRESS |  | AMOUNT OF MONEY |
| OF RECIPIENT, | DATE AND PURPOSE | OR DESCRIPTION AND |
| RELATIONSHIP TO DEBTOR | OF WITHDRAWAL | VALUE OF PROPERTY |
| **Jeffrey W Losinske** | **April 1, 2007 through March 31, 2008** | **Wages** |
| **388 Teaberry Ct** |  | **$28,100.00** |
| **Roscoe, IL 61073** |  | **Reimbursement** |
| **   Owner** |  | **$29,520.73** |
|  |  | **Loan Repayment** |
|  |  | **$20,300.00** |

**24. Tax Consolidation Group.**

None
■

If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

NAME OF PARENT CORPORATION                          TAXPAYER IDENTIFICATION NUMBER (EIN)

**25. Pension Funds.**

None
■

If the debtor is not an individual, list the name and federal taxpayer identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

NAME OF PENSION FUND                                TAXPAYER IDENTIFICATION NUMBER (EIN)

**DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP**

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct to the best of my knowledge, information and belief.

Date **April 21, 2008**                                 Signature   **/s/ Jeffrey W. Losinske**

 **Jeffrey W. Losinske**
 **President**

[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571*

# United States Bankruptcy Court

## Northern District of Illinois

In re   **Custom Designed Cabinetry & Construction, Inc** _____ ,      Case No. _____

Debtor

Chapter _____ **11** _____

# LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with Rule 1007(a)(3) for filing in this chapter 11 case.

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **None** | | | |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the President of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date___ **April 21, 2008** _____      Signature **/s/ Jeffrey W. Losinske** _____

**Jeffrey W. Losinske**
**President**

*Penalty for making a false statement or concealing property*:  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C §§  152 and 3571.

___ **0** ___ continuation sheets attached to List of Equity Security Holders

# United States Bankruptcy Court
## Northern District of Illinois

In re   **Custom Designed Cabinetry & Construction, Inc**                          Case No.
                                                    _____
                                                    Debtor(s)      Chapter   **11**

## VERIFICATION OF CREDITOR MATRIX

Number of Creditors:        _____   **83**

The above-named Debtor(s) hereby verifies that the list of creditors is true and correct to the best of my (our) knowledge.

Date:   **April 21, 2008**                          **/s/ Jeffrey W. Losinske**
                                                    **Jeffrey W. Losinske/President**
                                                    Signer/Title

ABV Contemporary
2840 Pine Road - Unit F
Huntingdon Valley, PA 19006

Carpentry & Contract Management
1534 Moore Street
Beloit, WI 53511

Faircollect Inc.
PO Box 7148
Blair, NE 68008-1148

Alliance One Receivables Mgmt.
PO Box 21882
Eagan, MN 55121-2528

Chase Bank USA,NA
PO Box 15298
Wilmington, DE 19850-5298

First Federal Financial Services
PO Box 68664
Tucson, AZ 85737

Alpine Plywood
% Jacobs and Mathews
2085 W. Busch Blvd. - Suite 225
Tampa, FL 33618

Client Services, Inc.
3451 Harry Truman Blvd.
Saint Charles, MO 63301-4047

Gia's Italian Grille and Cafe
% Jeffrey W. Losinske
399 Teaberry Court
Roscoe, IL 61073

Amcore Bank, NA
PO Box 1537
Rockford, IL 61110

Conde, Killoren, Bueschel & Calgaro
120 W. State Street - Suite 300
Rockford, IL 61101

GMAC
PO Box 380902
Bloomington, MN 55438-0902

Attorney Steven Balsley
6833 Stalter Dr
Rockford, IL 61108

Creditors Financial Group, LLC
PO Box 440290
Aurora, CO 80044-0290

Harvard Collection Services, Inc.
4839 N. Elston Avenue
Chicago, IL 60630-2354

Baer Supply Co.
% Fulbright & Associates
PO Box 1510
Rockford, IL 61110-0010

Dell Financial Services
12334 N  35
Austin, TX 78753

Hinshaw & Culbertson, LLP
2729 Paysphere Circle
Chicago, IL 60674

Benson Stone
1100 Eleventh Street
Rockford, IL 61104

ER Solutions, Inc.
800 SW 39th Street
Renton, WA 98057

IL Dept. of Employment Security
850 E. Madison Street
Springfield, IL 62702-5603

Blitt and Gaines, PC
661 Glenn Avenue
Wheeling, IL 60090

Euler Hermes UMA
600 South 7th Street
Louisville, KY 40201-1672

IL Dept. of Revenue
211 S. Wyman
Rockford, IL 61101

Bolgrien, Koepke & Kimes. SC
542 East Grand Avenue
Beloit, WI 53511

Expresso Tan, Inc.
% Jeffrey W. Losinske
399 Teaberry Court
Roscoe, IL 61073

Illinois Department of Revenue
Bankruptcy Section
PO Box 64338
Chicago, IL 60664-0338

Capital Management Services
726 Exchange Street - Suite 700
Buffalo, NY 14210

Expresso Tan, Inc.
% Jeffrey W. Losinske
388 Teaberry Court
Roscoe, IL 61073

Integrity Saw and Tool, Inc.
507 W. Rolling Meadows Drive
Fond Du Lac, WI 54937

Internal Revenue Service
Mail Stop 5010 CHI
230 S. Dearborn St.
Chicago, IL 60604

Internal Revenue Service
211 S. Court Street
Rockford, IL 61101

Internal Revenue Service
Centralized Insolvency
PO Box 21126
Philadelphia, PA 19114

Jeffrey W & Sonia M Losinske
388 Teaberry Ct
Roscoe, IL 61073

Jeffrey W Losinske
388 Teaberry Ct
Roscoe, IL 61073

Jeffrey W. Losinske
388 Teaberry Court
Roscoe, IL 61073

Jeffrey W. Losinske
388 Teaberry Court
Roscoe, IL 61073-6612

Joseph & Maria Stella
4901 Squaw Valley Drive
Loves Park, IL 61111

Law Offices of Dr. William Hayes
1970 Cranston Road - Suite 101
Beloit, WI 53511

LD&S
PO Box 215
Sussex, WI 53089

Lombardozzi, Moses & Quimby
697 South Blackhawk Blvd.
Rockton, IL 61072

Lombardozzi, Moses Quimby & Co.
PO Box 2207
Loves Park, IL 61131-2207

M&I Marshall & Ilisley Bank
500 E Grand Ave
Beloit, WI 53511

M&I Visa
Credit Card Processing Center
PO Box 1111
Madison, WI 53701-1111

Menards
HSBC Business Services
PO Box 4160
Carol Stream, IL 60197

Michael D. Fine
Chase Bank USA, NA
131 S. Dearborn St. - 5th Floor
Chicago, IL 60603

Midwest Woodworking Machinery
PO Box 5747
Elgin, IL 60123

Mulvain Woodworks
14578 Center Road
Durand, IL 61024

National City Bank
PO Box 3038
K-A16-1
Kalamazoo, MI 49003-3038

National City Manufacturing Finance
% Attorney Vincent T. Borst
180 N. Stetson St. - Suite 3400
Chicago, IL 60601

National City Manufacturing Finance
% Attorney Vincent T. Borst
180 N. Stetson Avenue - Suite 340
Chicago, IL 60601

National Glass Solutions, Inc.
S82 W19246 Apollo Drive
Muskego, WI 53150

NIBC Const. Ind Advancement Fun
1111 S. Alpine Road - Suite 202
Rockford, IL 61108-3940

Oliver, Close, Worden,
  Winkler & Greenwald, LLC
PO Box 4749
Rockford, IL 61110-4749

Patrick Glass Company
400 Clark Street
South Beloit, IL 61080

Phillips & Cohen Associates, Ltd.
258 Chapman Road - Ste. 205
Newark, DE 19702

Premier Technologies
617 E. Grand Avenue
Beloit, WI 53511

Qualified Reprographis, Inc.
PO Box 82
South Beloit, IL 61080-0082

Quigley Smart, Inc.
% Credit Management Services
1375 Eastgoodfield Dr. - Suite 110
Schaumburg, IL 60173

R.S. Hughes Company, Inc.
869-B South Rohlwing Road
Addison, IL 60101

Rayner & Rinn Scott, Inc.
% Attorney Thomas Green
6833 Stalter Drive - 1st Floor
Rockford, IL 61108

State Auto Insurance
% Fulbright & Associates, PC
PO Box 1510
Rockford, IL 61110-0010

Willis Alarms
521 Ravine Street
South Beloit, IL 61080-2449

Ritz and Laughlin
728 N. Court Street
Rockford, IL 61103

State of Wisconsin
Department of Revenue
PO Box 8946
Madison, WI 53708-8946

Wind Mill Slatwall Products
200 Balsam Road
Sheboygan Falls, WI 53085-2570

Rock River Disposal
4002 S. Main Street
Rockford, IL 61102

Steve Losinske
13742 N. 89th Place
Scottsdale, AZ 85260-4213

Winnebago County Collector
PO Box 1216
Rockford, IL 61105-1216

Roscoe Ready Mix
PO Box 425
Roscoe, IL 61073

Steven C. Losinske
13742 N. 89th Place
Scottsdale, AZ 85260-4213

S.J. Carlson Fire Protection
4544 Shepherd Trail
Rockford, IL 61103-1238

Stillman Banccorp NA
PO Box 150
Stillman Valley, IL 61084-0150

Sherwin Williams
2635 Prairie Avenue
Beloit, WI 53511

The Bureaus, Inc.
PO Box 809323
Chicago, IL 60680-9323

Sherwin Williams
% DeHaan & Bach
PO Box 429321
Cincinnati, OH 45242-9321

United Collection Bureau, Inc.
5620 Southwyck Blvd. - Suite 206
Toledo, OH 43614

Sierra Forest Products, Inc.
1700 Downs Drive - Suite 100
West Chicago, IL 60185

US Bank Cardmember Services
PO Box 790084
Saint Louis, MO 63179-0084

STA International
380 W. Palatine Road
Wheeling, IL 60090

Wells Fargo Bank, NA
BDD - Bankruptcy Department
PO Box 53476
Phoenix, AZ 85072

Staples Credit Card
PO Box 689161
Des Moines, IA 50368-9161

West Bend Mutual Ins. Co.
% Joseph Mann & Creed
20600 Chagrin Blvd. - Suite 550
Beachwood, OH 44122-5340

# United States Bankruptcy Court
### Northern District of Illinois

In re   **Custom Designed Cabinetry & Construction, Inc**

Debtor(s)

Case No.

Chapter   **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **Custom Designed Cabinetry & Construction, Inc**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■  None [*Check if applicable*]

April 21, 2008

Date

/s/ Bernard J. Natale

**Bernard J. Natale 2018683**

Signature of Attorney or Litigant

Counsel for   **Custom Designed Cabinetry & Construction, Inc**

**Bernard J. Natale, Ltd**
**6833 Stalter Dr., Suite 201**
**Rockford, IL 61108**
**(815) 964-4700 Fax:(815) 227-5532**
**natalelaw@bjnatalelaw.com**